This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE MINOR CHILDREN, HANNA R., KAYLEY R., AND MASON R.,**

Plaintiffs-Appellants.

**NO. 34,030**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**C. Shannon Bacon, District Judge**

Mark J. Klecan
Albuquerque, NM

for Plaintiffs-Appellants

Bregman & Loman, P.C.
Eric Loman
Albuquerque, NM

Esquivel Law Firm, L.L.C.
Martin Esquivel
Albuquerque, NM

for Hanna R., Kayley R., and Mason R.

Acosta, Anderson & Obrey-Espinoza
William R. Anderson
Carlos Obrey-Espinoza

Las Cruces, NM

for Farmer's Insurance Company, Valerie Rino,
Danny Tafoya, and Angelina Tafoya

Youtz & Valdez, P.C.
Gabrielle Valdez
Albuquerque, NM

Guardian ad Litem

## MEMORANDUM OPINION

**WECHSLER, Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}    Accordingly, we dismiss for the reasons stated in our calendar notice.

{3}    **IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**

_____

**J. MILES HANISEE, Judge**